UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
MAR 2 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGE RONALD GUZMAN |
| vs. | Violation: Title 8, United States Code, Sections 1326(a) and (b)(1); and Title 6, United States Code, Section 202(4) |
| FRANCISCO FLORES-FELIX | |

08 CR 257

The SPECIAL JUNE 2007 GRAND JURY charges:            MAGISTRATE JUDGE ASHMAN

On or about March 4, 2008, at Lockport, Illinois, in the Northern District of Illinois, Eastern Division,

FRANCISCO FLORES-FELIX,

defendant herein, an alien who previously had been deported and removed from the United States on or about June 28, 2002, was present and found in the United States without previously having obtained the express consent of the United States Attorney General, and at any time after February 28, 2003, the Secretary of the Department of Homeland Security, for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY