Case 1:08-cr-00257 Document 2 Filed 03/27/2008 Page 1 of 1

**08 CR 257** FELONY

Judge Guzman Magistrate Ashman

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

MAGISTRATE JUDGE ASHMAN

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO X   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO X   YES ☐

6) What level of offense is this indictment or information?   FELONY X   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO X   YES ☐

8) Does this indictment or information include a conspiracy count?   NO X   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | | |
   |---|---|---|---|
   | ☐ Homicide .............. (II) | ☐ Income Tax Fraud .......... (II) | ☐ DAPCA Controlled Substances ..... (III) |
   | ☐ Criminal Antitrust (II) | ☐ Postal Fraud .......... (II) | ☐ Miscellaneous General Offenses .... (IV) |
   | ☐ Bank robbery ............ (II) | ☐ Other Fraud .......... (III) | **x Immigration Laws** .............. (IV) |
   | ☐ Post Office Robbery ...... (II) | ☐ Auto Theft .......... (IV) | ☐ Liquor, Internal Revenue Laws ..... (IV) |
   | ☐ Other Robbery .......... (II) | ☐ Transporting Forged Securities .. (III) | ☐ Food & Drug Laws ............. (IV) |
   | ☐ Assault ................ (III) | ☐ Forgery .......... (III) | ☐ Motor Carrier Act .............. (IV) |
   | ☐ Burglary ............... (IV) | ☐ Counterfeiting .......... (III) | ☐ Selective Service Act ........... (IV) |
   | ☐ Larceny and Theft ....... (IV) | ☐ Sex Offenses .......... (II) | ☐ Obscene Mail .......... (III) |
   | ☐ Postal Embezzlement ..... (IV) | ☐ DAPCA Marijuana .......... (III) | ☐ Other Federal Statutes .......... (III) |
   | ☐ Other Embezzlement ..... (III) | ☐ DAPCA Narcotics .......... (III) | ☐ Transfer of Probation Jurisdiction .. (V) |

10) List the statute of each of the offenses charged in the indictment or information.

    Title United States Code Section . 8 U.S.C. §1326(a), (b)(1) and 6 U.S.C. § 202(4)

FILED
MAR 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ANDREW S. BOUTROS
Assistant United States Attorney

(Revised 12/99)