08CR 257

Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 GJ 310 | DATE | MARCH 27, 2008 |
| CASE TITLE | US v. FRANCISCO FLORES-FELIX | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING AND REQUEST TO SEAL

The Grand Jury for the SPECIAL JUNE 2007 Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _Arlander Keys_

Docket Entry:

TO ISSUE BENCH WARRANT; THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142. DEFENDANT IS CURRENTLY IN THE CUSTODY OF THE BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT.

FILED
MAR 2 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | Number of notices | DOCKET# |
| | No notices required. | | Date docketed | |
| | Notices mailed by judge's staff. | | Docketing dpty. initials | |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices | | Date mailed notice | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | Mailing dpty. initials | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |