# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 257 - 1 | **DATE** | 4/2/2008 |
| **CASE TITLE** | USA vs. Francisco Flores-Felix | | |

**DOCKET ENTRY TEXT**

Arraignment held. Enter order appointing Daniel Martin from the Federal Defender Program as counsel for defendant. Defendant enters plea of not guilty to all counts. 16.1(A) conference to be held by or on 4/9/2008. Pretrial motions to be filed by or on 4/16/2008. Response to be filed by or on 4/23/2008. Status hearing set for 4/29/2008 at 10:30 a.m., before Judge Guzman. Government seeks detention. Defendant waives his right to a detention hearing without prejudice. Order defendant detained pending further court proceedings without prejudice. Time is excludable under 18:3161(h)(1)(F) (E-X).

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:06

| | Courtroom Deputy Initials: | IS |
|---|---|---|