# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | Case No.: 1:08−cr−00257 |
| | Honorable Ronald A. Guzman |
| Francisco Flores−Felix | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 24, 2008:

      MINUTE entry before Judge Honorable Ronald A. Guzman as to Francisco Flores−Felix: Status hearing held on 4/24/2008. Status hearing set for 5/1/2008 at 10:30 AM. Oral motion of government to exclude time is granted. In the interest of justice,time to be excluded under 18 USC Section 3161(h)(8)(B)(i) and U.S. v. Tibboel, 753 F.2nd 608 (7th Cir. 1985). Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.